```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| LICCARDI FORD, INC., et al., | CIVIL ACTION NO. 05-3581 (MLC) |
| Plaintiffs, | **O R D E R** |
| v. |  |
| FIDELITY WARRANTY SERVICES, INC., et al., |  |
| Defendants. |  |

For the reasons stated in the Court's memorandum opinion, **IT IS** on this     12th     day of October, 2005, **ORDERED** that the Court's order to show cause why the action should not be remanded to New Jersey Superior Court, Somerset County, for lack of jurisdiction under 28 U.S.C. § 1332 (dkt. entry no. 3) is **VACATED**; and

**IT IS FURTHER ORDERED** that the motion to either (1) dismiss the complaint insofar as asserted against the defendants Fidelity Warranty Services, Inc., and Jim Moran & Associates, Inc., under Federal Rule of Civil Procedure 12(b)(6), or (2) transfer the action under 28 U.S.C. § 1404(a) (dkt. entry no. 7) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    **GRANTED TO THE EXTENT** that the motion seeks to transfer the action, and

    **DENIED TO THE EXTENT** that the motion seeks dismissal of the complaint insofar as asserted against the defendants Fidelity Warranty Services, Inc., and Jim Moran & Associates, Inc.; and

**IT IS FURTHER ORDERED** that the action be **TRANSFERRED** to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404(a); and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge